

**SULLIVAN & WORCESTER**

Sullivan & Worcester LLP
1633 Broadway
New York, NY 10019

T 212 660 3000
F 212 660 3001
www.sandw.com

July 2, 2018

**VIA ECF & FAX**

Honorable Naomi Reice Buchwald
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #:                      │
│ DATE FILED:  7/9/18         │
└─────────────────────────────┘
```

Re: *Gordon v. Dingman*, 15 Civ. 9935 (NRB) (NS)

Dear Judge Buchwald:

We are counsel for plaintiffs Erik Gordon ("Gordon") and Ryan Giunta ("Giunta") in the above-referenced matter.

In light of defense counsel's June 21, 2018 motion to withdraw, and in order to address next steps in the case, Messrs. Gordon and Giunta respectfully request that the Court hold a status conference during the week of July 9, 2018 on any day other than July 13, 2018.

*A conference is scheduled for July 12, 2018 at 3 p.m.*

We thank the Court for its attention to this matter.

Respectfully yours,

/s/Franklin B. Velie

Franklin B. Velie

*Naomi Reice Buchwald,*
*USDJ*
*July 9, 2018*

cc:     All Counsel of Record (Via ECF)