```
                                          ┌────────────────────────────┐
                                          │ USDC SDNY                  │
                                          │ DOCUMENT                   │
                                          │ ELECTRONICALLY FILED       │
                                          │ DOC #:_____        │
                                          │ DATE FILED:  7/16/18       │
                                          └────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
TYRONE ADDERLEY, KIRK BOUFFARD,
CHAZ BROWN, BEN DEFOREST,                              **ORDER**
FIX YOUR PLACE LIMITED, RYAN GIUNTA,
ERIK H. GORDON, M101 GROUP II LLC,            15 Civ. 9935 (NRB)
PEOPLE FIRST (BAHAMAS) LTD.,
PRESTON RIDEOUT, JASON ROLLE,
TILE KING ENTERPRISES LIMITED,
and YOUNG DIGERATI,

                 Plaintiffs,

        - against -

JAMES T. DINGMAN, BAHAMEX LTD.,
OUT WEST HOSPITALITY LTD.,
ISLAND SMOKE HOUSE LTD.,
THE TRAVELLER'S RESTAURANT LTD.,
and 25 NORTH LTD.,

                 Defendants.
----------------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**


    **WHEREAS** Jeffrey A. Mitchell and Browne George Ross LLP,

counsel for the defendant, moved to withdraw as attorneys of

record for all defendants on June 21, 2018; and

    **WHEREAS** no party has objected; and

    **WHEREAS** corporate parties may not proceed pro se and must be

represented by an attorney, and failure to appear by counsel may

result in the entry of a default judgment or dismissal of claims

presented, see Jones v. Niagara Frontier Transp. Auth., 722 F.2d

20, 22 (2d Cir. 1983); it is hereby

    **ORDERED** that counsel's motion to withdraw is granted; and it

is further

**ORDERED** that any corporate entities named as defendants in the complaint shall retain new counsel within 30 days of this order and that failure to do so will result in the entry of a default judgment against them; and it is further

**ORDERED** that withdrawn counsel shall provide defendants with a copy of this Order.

DATED:    New York, New York
           July 16, 2018

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE