```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
TYRONE ADDERLEY, KIRK BOUFFARD,
CHAZ BROWN, BEN DEFOREST,
FIX YOUR PLACE LIMITED, RYAN GIUNTA,
ERIK H. GORDON, M101 GROUP II LLC,
PEOPLE FIRST (BAHAMAS) LTD.,
PRESTON RIDEOUT, JASON ROLLE,
TILE KING ENTERPRISES LIMITED,
and YOUNG DIGERATI,

          Plaintiffs,

      - against -

JAMES T. DINGMAN, BAHAMEX LTD.,
OUT WEST HOSPITALITY LTD.,
ISLAND SMOKE HOUSE LTD.,
THE TRAVELLER'S RESTAURANT LTD.,
and 25 NORTH LTD.,

          Defendants.
----------------------------------------X

**ORDER**

15 Civ. 9935 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

      The proposed Second Amended Complaint, attached as Exhibit B to the October 7, 2016, declaration of Harry H. Rimm, ECF No. 64-2, is deemed the operative complaint in this matter.

DATED:    New York, New York
           July 16, 2018

                                        NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE