UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TYRONE ADDERLEY, KIRK BOUFFARD,
CHAZ BROWN, BEN DEFOREST, FIX YOUR
PLACE LIMITED, RYAN GIUNTA, ERIK H.
GORDON, IDNET LTD., M101 GROUP II LLC,
PEOPLE FIRST (BAHAMAS) LTD., PRESTON
RIDEOUT, JASON ROLLE, TILE KING
ENTERPRISES LIMITED and YOUNG
DIGERATI,

                Plaintiffs,

    – against –

JAMES T. DINGMAN, BAHAMEX LTD.,
OUT WEST HOSPITALITY LTD., ISLAND
SMOKE HOUSE LTD., THE TRAVELLER'S
RESTAURANT LTD. and 25 NORTH LTD.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

15 Civ. 9935 (NRB) (NS)

STATE OF NEW YORK   )
                              ) ss.:
COUNTY OF NEW YORK )

RICHARD J. LOMBARDO, being sworn, says:

1. I am over 18 years of age, a resident of Kings County and not a party to this action.

2. On July 18, 2018, I served the Court's July 16, 2018 Order (ECF 95) and the Second Amended Complaint (ECF 64-2) on defendant James T. Dingman by email to jamiedingman@gmail.com. This address was used by the firm Brown George Ross LLP to notice its motion to withdraw as attorneys of record for Defendants. *See* ECF 87.

                                                               Richard J. Lombardo

Sworn to before me this
19th day of July 2018

_____
Notary Public

BRIAN COOLEY
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01CO6177349
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES NOVEMBER 13, 20 19