N.Y.S.D. Case #
15-cv-9935(NRB)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

———————

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12ᵗʰ day of October, two thousand and eighteen.

Before: Pierre N. Leval,
　　　　Debra Ann Livingston,
　　　　Denny Chin,
　　　　　　*Circuit Judges.*

———————————————

Ryan Giunta, Erik H. Gordon,

　　　　Plaintiffs - Appellants,

v.

James T Dingman, BahaMex Ltd., Out West Hospitality Ltd., Island Smoke House Ltd., The Traveller's Restaurant Ltd., 25 North Ltd.,

　　　　Defendants - Appellees.

———————————————

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Oct 12 2018

**STATEMENT OF COSTS**
Docket No. 17-1375

IT IS HEREBY ORDERED that costs are taxed in the amount of $1484.20 in favor of the Appellants.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 10/12/2018