

October 12, 2018

**<u>VIA ECF</u>**
Honorable Naomi Reice Buchwald
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re: <u>*Gordon v. Dingman*, 15 Civ. 9935 (NRB) (NS)</u>

Dear Judge Buchwald:

      We are plaintiffs' counsel in the above-referenced case.

      In an Order dated July 16, 2018 (ECF 95), the Court declared that the proposed Second Amended Complaint filed by Plaintiffs at ECF 64-2 "is deemed the operative complaint in this matter." By this letter motion we respectfully request that the Court grant us leave to file the Second Amended Complaint as a standalone document on the case docket.

                                    Respectfully yours,

                                    /s/Harry H. Rimm

                                    Harry H. Rimm

cc:     Defendant James T. Dingman (Via Email)