

Sullivan & Worcester LLP
1633 Broadway
New York, NY 10019

T 212 660 3000
F 212 660 3001
www.sandw.com

October 12, 2018

**VIA ECF**
Honorable Naomi Reice Buchwald
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/15/18

Re: <u>Gordon v. Dingman</u>, 15 Civ. 9935 (NRB) (NS)

Dear Judge Buchwald:

We are plaintiffs' counsel in the above-referenced case.

In an Order dated July 16, 2018 (ECF 95), the Court declared that the proposed Second Amended Complaint filed by Plaintiffs at ECF 64-2 "is deemed the operative complaint in this matter." By this letter motion we respectfully request that the Court grant us leave to file the Second Amended Complaint as a standalone document on the case docket.

Respectfully yours,

/s/Harry H. Rimm

Harry H. Rimm

cc: Defendant James T. Dingman (Via Email)

*Application granted.*

*Naomi Reice Buchwald*
*USDJ*
*10/15/18*